984

No. 674, Misc.   SULLIVAN *v.* HEINZE, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 578, Misc.   TOWNSEND *v.* OGILVIE, SHERIFF, ET AL. Motion of *George N. Leighton* to withdraw his appearance as counsel for petitioner granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Petitioner *pro se. Daniel P. Ward* and *Edward J. Hladis* for respondents. ▆

No. 17.   CALHOON, PRESIDENT, OR PETERS, SECRETARY-TREASURER OF DISTRICT NO. 1, NATIONAL MARINE ENGINEERS' BENEFICIAL ASSOCIATION, AFL–CIO *v.* HARVEY ET AL., *ante,* p. 134;

No. 137.   STRAIGHT ET AL., DOING BUSINESS AS PRYOR HAY & GRAIN CO., ET AL. *v.* JAMES TALCOTT, INC., *ante,* p. 822;

No. 381.   NORTHWESTERN PACIFIC RAILROAD CO. *v.* INTERSTATE COMMERCE COMMISSION ET AL., *ante,* p. 132;

No. 439.   KATZ *v.* PEYTON, *ante,* p. 915;

No. 449.   ASSOCIATED PRESS ET AL. *v.* WALKER, *ante,* p. 47;

No. 458.   POWELL *v.* NATIONAL SAVINGS & TRUST CO., *ante,* p. 920;

No. 461.   HALLER ET UX. *v.* UNITED STATES, *ante,* p. 921;

No. 465.   KATZ *v.* KATZ, *ante,* p. 921;

No. 472.   MCCULLOCH *v.* CALIFORNIA FRANCHISE TAX BOARD, *ante,* p. 133;

No. 502.   UNION LEADER CORP. *v.* HAVERHILL GAZETTE CO., *ante,* p. 931; and

No. 517.   TWOMBLEY *v.* CITY OF LONG BEACH ET AL., *ante,* p. 904.   Petitions for rehearing denied.